UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SHERRI LYNN IRONS, | Civil No. C20-6101-SKV |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

- Offer Plaintiff the opportunity for a new hearing;

- Reassess the severity of Plaintiff's impairments, including fibromyalgia;

- Consider the medical opinions of record and prior administrative findings in accordance with 20 C.F.R. § 404.1520c;

- Reevaluate the residual functional capacity in accordance with 20 C.F.R. § 404.1545, SSR 85-15, and SSR 96-8p, and;

Page 1    ORDER - [C20-6101-SKV]

- Continue with the sequential evaluation, including obtaining vocational expert evidence, as needed.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 16th day of September 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2034
Fax: (206) 615-2531
ryan.lu@ssa.gov